AO 245H (3/96) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | **(For a Petty Offense)** - Short Form |
| CORDELL M. WILLIAMS | CASE NUMBER: 4:09CR00714AGF |
| | Sean Vicente |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) __one__

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 Code of Federal Regulations, Section 4.23(a)(2) | Operate and was in actual physical control of a motor vehicle while under the influence of alcohol, with a blood alcohol content of 0.228% | March 7, 2009 | One |

☐ Count(s) _____ _____ dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

| | Assessment | Fine |
|---|---|---|
| Count 1 | $10.00 | $1,200.00 |
| Totals: | $10.00 | $1,200.00 |

The fine shall be paid in full within four months of the date of this judgment.

Defendants Soc. Sec. No. 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
Defendant's Date of Birth.: 12/30/1977
Defendant's USM No.: n/a
Defendant's Residence Address:
1557 Jill Court
Apt. 107
Glendale Heights, IL 60139-2969
Defendant's Mailing Address:
same as above

December 16, 2009
Date of Imposition of Judgment

*Audrey G. Fleissy* (signature)
Signature of Judicial Officer

Audrey G. Fleissig
United States Magistrate Judge
Name and Title of Judicial Officer

December 16, 2009
Date

Record No.: